IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: ) | |
| ) | BANKR. NO. 18-22339-JAD |
| ROGER A. GUMINSKI, ) | |
| ) | CHAPTER 13 |
| Debtor. ) | |
| ) | Doc. # 13 |
| ) | |
| ROGER A. GUMINSKI, ) | |
| ) | |
| Movant/Debtor, ) | |
| ) | |
| vs. ) | |
| ) | |
| NO RESPONDENT. ) | |

### ORDER OF COURT

AND NOW, to wit, this __6th__ day of __July__, 2018, it is hereby ORDERED that Movant/Debtor Roger A. Guminski is granted an extension up to and including July 16, 2018 to file the required completed schedules, declarations, statements, and plan.

BY THE COURT:

FILED
7/6/18 12:23 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

_____  jsf
JEFFERY A. DELLER,
Chief Bankruptcy Judge

```
                        United States Bankruptcy Court
                        Western District of Pennsylvania
```

In re:                                                           Case No. 18-22339-JAD
Roger A Guminski                                                 Chapter 13
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2           User: lfin                Page 1 of 1              Date Rcvd: Jul 06, 2018
                               Form ID: pdf900           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 08, 2018.
db             +Roger A Guminski,   118 Martin Road,   Enon Valley, PA 16120-1110

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 08, 2018                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 6, 2018 at the address(es) listed below:
          Glenn R. Bartifay    on behalf of Debtor Roger A Guminski gbartifay@bartifaylaw.com,
           sfallat@bartifaylaw.com;jterek@bartifaylaw.com;nalejandro@bartifaylaw.com;gbartifay@yahoo.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Rebecca Solarz    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 4