IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: ) | |
| ) | BANKRUPTCY NO. 18-22339-JAD |
| ROGER A. GUMINSKI, ) | |
| ) | CHAPTER 13 |
| Debtor. ) | |

<u>EMPLOYEE INCOME RECORDS</u>

  Debtor Roger A. Guminski has no employee income records for the 60-days prior to filing the petition.

Declaration Under Penalty of Perjury by Individual Debtor

  I declare under penalty of perjury that I have read the within pleading, and that it is true and correct to the best of my knowledge, information, and belief.

Dated: <u>July 16, 2018</u>  Signature:  /s/ Roger A. Guminski
               ROGER A. GUMINSKI,
               Debtor

Dated: <u>July 16, 2018</u>       GLENN R. BARTIFAY, ESQUIRE
               Pa. Id. No. 68763
               Attorney for Debtor

               BARTIFAY LAW OFFICES, P.C.
               3134 Lillian Ave., First Floor
               Murrysville, PA 15668
               (412) 824-4011
               gbartifay@bartifaylaw.com