IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: **Roger A Guminski** Debtor | : : : : : : : | Bankruptcy No. **18-22339** Chapter **13** Related to Document No. |
| **Roger A Guminski** Movant v. No Respondent | : : : : : : : : : : | |

## NOTICE REGARDING MODIFICATION TO MAILING MATRIX

In accordance with Local Bankruptcy Rule 1007-1(f) I,   **Glenn R. Bartifay, Esquire 68763**  , counsel for the debtor(s) in the above-captioned case, hereby certify that the following list of creditors' names and addresses was uploaded through the creditor maintenance option in CM/ECF to the above captioned case regarding the filing of an amendment to the schedules.

By: **/s/ Glenn R. Bartifay, Esquire**
Signature
**Glenn R. Bartifay, Esquire 68763**
Typed Name
**3134 Lillian Avenue**
**First Floor**
**Murrysville, PA 15668**
Address
**412-824-4011 Fax:412-202-0180**
Phone No.
**68763 PA**
List Bar I.D. and State of Admission

.

```
Pennsylvania Department of Revenue
Bankruptcy Division
P.O. Box 280946
Harrisburg, PA 17128-0946

PRA Receivables Management, LLC
P.O. Box 12914
Norfolk, VA 23541
```