Certificate Number: 16339-PAW-DE-031597747

Bankruptcy Case Number: 18-22339



16339-PAW-DE-031597747

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>September 10, 2018</u>, at <u>10:54</u> o'clock <u>PM EDT</u>, <u>Roger Guminski</u> completed a course on personal financial management given <u>by internet</u> by <u>Second Bankruptcy Course, LLC</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Western District of Pennsylvania</u>.

Date:   <u>September 10, 2018</u>          By:   <u>/s/Kelley Tipton</u>

                                        Name: <u>Kelley Tipton</u>

                                        Title: <u>Certified Financial Counselor</u>