IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: ) | |
| ) | BANKR. NO. 18-22339-JAD |
| ROGER A. GUMINSKI, ) | |
| ) | CHAPTER 13 |
| Debtor. ) | |
| ) | |
| ) | |
| ROGER A. GUMINSKI, ) | |
| ) | |
| Movant/Debtor. ) | |
| ) | |
| vs. ) | |
| ) | |
| M & T BANK, ) | |
| ) | |
| Respondent/Creditor. ) | |

CERTIFICATE OF SERVICE

I certify under penalty of perjury that I am, and at all times hereinafter mentioned was, more than 18 years of age, and that a true and correct copy of the Order, signed on October 5, 2018, Doc. No. 30, was served as follows:

By electronic mail on October 5, 2018 addressed as follows:

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Rebecca Solarz on behalf of Creditor M&T BANK
bkgroup@kmllawgroup.com

James Warmbrodt on behalf of Creditor M&T BANK
bkgroup@kmllawgroup.com

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

By first class mail on October 18, 2018 addressed as follows:

Amy Zakes, Bankruptcy Specialist II
M & T Bank
P.O. Box 840
Buffalo, NY 14240-0840

Dated: <u>October 18, 2018</u>                          <u>/s/ Glenn R. Bartifay         </u>
                                                                            GLENN R. BARTIFAY, ESQUIRE
Pa. Id. No. 68763
Counsel for the Debtor

BARTIFAY LAW OFFICES, P.C.
3134 Lillian Avenue, First Floor
Murrysville, PA 15668
(412) 824-4011
gbartifay@bartifaylaw.com