# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA

## CONCILIATION CONFERENCE MINUTES

*Conciliation Conference:*

| | |
|---|---|
| **Debtor:** | ROGER A GUMINSKI |
| **Case Number:** | 18-22339-JAD    **Chapter:** 13 |
| **Date / Time / Room:** | THURSDAY, JANUARY 10, 2019 09:30 AM    3251 US STEEL |
| **Hearing Officer:** | CHAPTER 13 TRUSTEE |

FILED
1/14/19 1:16 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

*Matter:*

#19 - Final Confirmation of Plan Dated 7/16/2018 (NFC)
R / M #: 19 / 0

*Appearances:*

Debtor: Alejandro
Trustee: Winnecour / Pail / Katz / **DeSimone**
Creditor:

*Proceedings:*

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. __✓__ The plan payment/term is increased/extended to _____, effective _____.
7. __✓__ Plan/Motion continued to __5/2/19__ at __9:30__.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

1/4/2019    3:57:16PM