IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: ) | |
| ) | BANKR. NO. 18-22339-JAD |
| ROGER A. GUMINSKI, ) | |
| ) | CHAPTER 13 |
| Debtor. ) | |
| ) | |
| ) | |
| ROGER A. GUMINSKI, ) | |
| ) | |
| Movant/Debtor, ) | Related to Docs. #30 and 38 |
| ) | |
| vs. ) | |
| ) | |
| M & T BANK, ) | |
| ) | |
| Respondent/Creditor. ) | |

**ORDER**

A *Loss Mitigation Order* dated October 5, 2018 was entered in the above matter at Document No. 30. On February 4, 2019, a **Motion to Extend the Loss Mitigation Period** was filed by Movant Roger A. Guminski.

*AND NOW*, this  14th  day of  February , 2019, it is hereby **ORDERED, ADJUDGED AND DECREED** that the Loss Mitigation Period is *extended up to and including March 14, 2019. On or before March 21, 2019*, the Debtor shall submit an LMP Final Report pursuant to *W.PA.LBR 9020-4(f)*.

_____sjk__
JEFFERY A. DELLER,
United States Bankruptcy Judge

**PAWB Local Form 43 (04/14)**

FILED
2/14/19 8:09 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                Case No. 18-22339-JAD
Roger A Guminski                                                      Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: aala            Page 1 of 1                  Date Rcvd: Feb 14, 2019
                              Form ID: pdf900       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 16, 2019.
db             +Roger A Guminski,    118 Martin Road,   Enon Valley, PA 16120-1110

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 16, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 14, 2019 at the address(es) listed below:
      Danielle  Boyle-Ebersole    on behalf of Defendant    Wilmington Savings Fund Society, FSB, d/b/a
       Christiana Trust, as indenture trustee, for the CSMC 2017-1 Trust, Mortgage Backed Notes, Series
       2017-1 debersole@hoflawgroup.com,   bbleming@hoflawgroup.com
      Glenn R. Bartifay    on behalf of Debtor Roger A Guminski gbartifay@bartifaylaw.com,
       sfallat@bartifaylaw.com;gbartifay@yahoo.com;lkarageorgiou@bartifaylaw.com
      Glenn R. Bartifay    on behalf of Plaintiff Roger A Guminski gbartifay@bartifaylaw.com,
       sfallat@bartifaylaw.com;gbartifay@yahoo.com;lkarageorgiou@bartifaylaw.com
      James  Warmbrodt     on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
      Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
      Rebecca  Solarz    on behalf of Creditor   M&T BANK bkgroup@kmllawgroup.com
      Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                                 TOTAL: 7