IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: ) | |
| ) | BANKR. NO.  18-22339-JAD |
| ROGER A. GUMINSKI, ) | |
| ) | CHAPTER 13 |
| Debtor. ) | |
| _____ ) | |
| ) | |
| ROGER A. GUMINSKI, ) | |
| ) | |
| Movant/Debtor, ) | |
| ) | |
| vs. ) | |
| ) | |
| M & T BANK, ) | |
| ) | |
| Respondent. ) | |

CONSENT ORDER

AND NOW, this _____ day of _____, 2019, upon consideration of the Motion to Enforce Loss Mitigation Order filed by Movant Roger A. Guminski ("Debtor"), it is hereby ORDERED that Debtor shall submit a new mortgage modification application within fourteen (14) days of this order, and that Respondent M & T Bank shall acknowledge that the Western District of Pennsylvania is a conduit jurisdiction, that Debtor's monthly mortgage payments are included in his plan payments, that the plan payments are tendered directly to the Chapter 13 Trustee who disburses monthly mortgage payments to Respondent, and that Debtor shall issue no direct payments to Respondent while in this Chapter 13 bankruptcy case when considering Debtor's mortgage modification application.

BY THE COURT:


_____
JEFFERY A. DELLER,
U.S. District Court Bankruptcy Judge

Consented to by:

/s/ Glenn R. Bartifay
GLENN R. BARTIFAY, ESQUIRE
Pa. Id. No. 68763
Attorney for Movant/Debtor

BARTIFAY LAW OFFICES, P.C.
3134 Lillian Avenue, First Floor
Murrysville, PA 15668
(412) 824-4011
gbartifay@bartifaylaw.com


**/s/ James C. Warmbrodt, Esquire**
James C. Warmbrodt, Esquire
Attorney I.D. No. 42524
jwarmbrodt@kmllawgroup.com
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106
(412) 430-3594
Attorney for Respondent M & T Bank