IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: ) | |
| ) | BANKR. NO. 18-22339-JAD |
| ROGER A. GUMINSKI, ) | |
| ) | CHAPTER 13 |
| Debtor. ) | |
| _____ ) | |
| ) | |
| ROGER A. GUMINSKI, ) | Related to Doc. #39 |
| ) | |
| Movant/Debtor, ) | |
| ) | Doc. #45 |
| vs. ) | |
| ) | |
| M & T BANK, ) | |
| ) | |
| Respondent. ) | |

## CONSENT ORDER

AND NOW, this __5th__ day of __March__, 2019, upon consideration of the Motion to Enforce Loss Mitigation Order filed by Movant Roger A. Guminski ("Debtor"), it is hereby ORDERED that Debtor shall submit a new mortgage modification application within fourteen (14) days of this order, and that Respondent M & T Bank shall acknowledge that the Western District of Pennsylvania is a conduit jurisdiction, that Debtor's monthly mortgage payments are included in his plan payments, that the plan payments are tendered directly to the Chapter 13 Trustee who disburses monthly mortgage payments to Respondent, and that Debtor shall issue no direct payments to Respondent while in this Chapter 13 bankruptcy case when considering Debtor's mortgage modification application.

BY THE COURT:

_____
JEFFERY A. DELLER
U.S. Bankruptcy Judge

FILED
3/5/19 10:39 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

1

Consented to by:

/s/ Glenn R. Bartifay
GLENN R. BARTIFAY, ESQUIRE
Pa. Id. No. 68763
Attorney for Movant/Debtor

BARTIFAY LAW OFFICES, P.C.
3134 Lillian Avenue, First Floor
Murrysville, PA 15668
(412) 824-4011
gbartifay@bartifaylaw.com


**/s/ James C. Warmbrodt, Esquire**
James C. Warmbrodt, Esquire
Attorney I.D. No. 42524
jwarmbrodt@kmllawgroup.com
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106
(412) 430-3594
Attorney for Respondent M & T Bank

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Roger A Guminski  
    Debtor  

Case No. 18-22339-JAD  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2    User: aala    Page 1 of 1    Date Rcvd: Mar 05, 2019  
                    Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 07, 2019.  
db             +Roger A Guminski,    118 Martin Road,    Enon Valley, PA 16120-1110

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                TOTAL: 0

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 07, 2019                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 5, 2019 at the address(es) listed below:

          Danielle Boyle-Ebersole    on behalf of Defendant    Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, as indenture trustee, for the CSMC 2017-1 Trust, Mortgage Backed Notes, Series 2017-1 debersole@hoflawgroup.com, pfranz@hoflawgroup.com  
          Glenn R. Bartifay    on behalf of Debtor Roger A Guminski gbartifay@bartifaylaw.com, sfallat@bartifaylaw.com;gbartifay@yahoo.com;lkarageorgiou@bartifaylaw.com  
          Glenn R. Bartifay    on behalf of Plaintiff Roger A Guminski gbartifay@bartifaylaw.com, sfallat@bartifaylaw.com;gbartifay@yahoo.com;lkarageorgiou@bartifaylaw.com  
          James Warmbrodt    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com  
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
          Rebecca Solarz    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com  
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
                                                                               TOTAL: 7