IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: ) | |
| ) | BANKR. NO. 18-22339-JAD |
| ROGER A. GUMINSKI, ) | |
| ) | CHAPTER 13 |
| Debtor. ) | |
| ) | |
| _____ ) | |
| ) | |
| ROGER A. GUMINSKI, ) | |
| ) | Related to DOc. #50 |
| Movant/Debtor. ) | |
| ) | |
| vs. ) | |
| ) | |
| M & T BANK, ) | |
| ) | |
| Respondent/Creditor. ) | |

**INTERIM MORTGAGE MODIFICATION ORDER**

On **May 30, 2019** the above-named Debtor Roger A. Guminski and Respondent M & T Bank ("Creditor") entered into a trial modification (the "Trial Modification"), through the Court's *Loss Mitigation Program* (LMP), with respect to the first mortgage on the Debtors' residence, a true and correct copy of which is attached hereto as Exhibit "A". The terms of the Trial Modification require monthly payments in the amount of **$651.02** ("Trial Payments") to begin on **July 1, 2019** and to continue in that amount until **September 1, 2019** (the "Trial Modification Period"). In light of the need for an immediate change in the distribution to the Creditor, the Debtor(s) request the Court to enter this *Interim Mortgage Modification Order* until a final, permanent modification can be presented to the Court for approval.

PAWB Local Form 47 (04/14)
Page 1 of 3

AND NOW, this 4th day of June, 2019, for the foregoing reasons it is hereby **ORDERED, ADJUDGED and DECREED** that:

(1) The Chapter 13 Trustee is authorized and directed to modify the distributions to the above-named Creditor for the Trial Modification Period. Each Trial Payment shall be made in the Amount of **$651.02** for the following months: **July 2019, August 2019, and September 2019.** Following the Trial Modification Period, the Chapter 13 Trustee shall continue to make distributions in the same amount as the Trial Payments until further Order of Court.

(2) In the event that a Permanent Modification is reached between the Parties, the Debtor *immediately* shall file a *Motion to Authorize the Loan Modification* in compliance with *W.PA.LBR 9020-6(d)*.

(3) The LMP Period is extended until fourteen (14) days after the expiration of the Trial Modification Period. If the Debtor has not filed a *Motion to Authorize the Loan Modification* within fourteen (14) days after the expiration of the Trial Modification Period, then the Debtor shall *immediately* file and serve either a *Motion to Extend the Loss Modification Period* pursuant to *W.PA.LBR 9020-5(b)* or a *Motion to Terminate the Loss Modification Program* pursuant to *W.PA.LBR 9020-5(c)* that sets forth the specific reasons why an agreement was not reached.

(4) Any Party may seek a further hearing regarding the amendment or termination of this *Order* at any time during the Trial Modification Period by filing an appropriate Motion.

(5)    Within three (3) days of entry of this *Order*, Debtor shall serve this *Order* electronically on the Chapter 13 Trustee at the following email address: LMP@chapter13trusteewdpa.com and Debtor shall not be entitled to rely on CM/ECF or United States Mail for service of this *Order* on the Chapter 13 Trustee. The Debtor(s) Certificate of Service shall reflect service upon the above identified email address.

6-4-2019

_____
JEFFERY A. DELLER,
Bankruptcy Judge

Case administrator to serve:
   Debtor
   Counsel for Debtor
   Counsel for Creditor
   Ronda J. Winnecour, Esq., Ch 13 Trustee

FILED
6/4/19 1:01 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

PAWB Local Form 47 (04/14)
Page 3 of 3

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 18-22339-JAD
Roger A Guminski                                                          Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: aala              Page 1 of 1              Date Rcvd: Jun 04, 2019
                              Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 06, 2019.
db             +Roger A Guminski,    118 Martin Road,    Enon Valley, PA 16120-1110

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 06, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 4, 2019 at the address(es) listed below:
              Danielle Boyle-Ebersole    on behalf of Defendant    Wilmington Savings Fund Society, FSB, d/b/a
               Christiana Trust, as indenture trustee, for the CSMC 2017-1 Trust, Mortgage Backed Notes, Series
               2017-1 debersole@hoflawgroup.com,    pfranz@hoflawgroup.com
              Glenn R. Bartifay    on behalf of Debtor Roger A Guminski gbartifay@bartifaylaw.com,
               sfallat@bartifaylaw.com;gbartifay@yahoo.com;lkarageorgiou@bartifaylaw.com
              Glenn R. Bartifay    on behalf of Plaintiff Roger A Guminski gbartifay@bartifaylaw.com,
               sfallat@bartifaylaw.com;gbartifay@yahoo.com;lkarageorgiou@bartifaylaw.com
              James Warmbrodt     on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Rebecca Solarz    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 7