# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA

## CONCILIATION CONFERENCE MINUTES

FILED
7/26/19 9:32 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

*Conciliation Conference:*

- **Debtor:** ROGER A GUMINSKI
- **Case Number:** 18-22339-JAD          **Chapter:** 13
- **Date / Time / Room:** THURSDAY, JULY 25, 2019 09:30 AM   3251 US STEEL
- **Hearing Officer:** CHAPTER 13 TRUSTEE

*Matter:*

#19 - Continued Confirmation of Plan Dated 7/16/2018 (NFC)
**R / M #:** 19 / 0

*Appearances:*

- Debtor: Bartify
- Trustee: Winnecour / Pail / (Katz) / DeSimone
- Creditor:

LMP
pending
trial period

*Proceedings:*

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. ✓ Plan/Motion continued to 11/7/19 at 10:30 AM
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

7/16/2019  9:05:35 AM