IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: ) | |
| ) | BANKR. NO. 18-22339-JAD |
| ROGER A. GUMINSKI, ) | |
| ) | CHAPTER 13 |
| Debtor. ) | |
| ) | |
| ) | |
| ROGER A. GUMINSKI, ) | |
| ) | |
| Movant/Debtor. ) | |
| ) | |
| vs. ) | |
| ) | |
| M & T BANK, ) | |
| ) | |
| Respondent/Creditor. ) | |

## **CERTIFICATION OF NO OBJECTION REGARDING MOTION TO APPROVE FINANCING**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion filed on September 21, 2019, Doc. No. 56, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection, or other responsive pleading to the Motion appears thereon. Pursuant to the Hearing Notice filed on September 21, 2019, Doc. No. 57, Responses to the Motion were to be filed and served no later than October 8, 2019.

It is hereby respectfully requested that the Proposed Order filed on September 21, 2019, Doc. No. 56-3 be entered by the Court.

Dated: October 9, 2019            /s/ Glenn R. Bartifay
                                  GLENN R. BARTIFAY, ESQUIRE
                                  Pa. Id. No. 68763
                                  Attorney for Movant/Debtor

                                  BARTIFAY LAW OFFICES, P.C.
                                  3134 Lillian Avenue, First Floor
                                  Murrysville, PA 15668
                                  (412) 824-4011
                                  gbartifay@bartifaylaw.com