**DEFAULT O/E JAD**

IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | BANKR. NO. 18-22339-JAD |
| ROGER A. GUMINSKI, | ) | |
| | ) | CHAPTER 13 |
| Debtor. | ) | |
| | ) | |
| ROGER A. GUMINSKI, | ) | |
| | ) | |
| Movant/Debtor. | ) | Related to Doc. #56 |
| | ) | |
| vs. | ) | |
| | ) | |
| M & T BANK, | ) | |
| | ) | |
| Respondent/Creditor. | ) | |

## ORDER

AND NOW, this __9th__ day __October__, 2019, upon consideration of the Motion to Approve Financing filed on September 21, 2019 by Movant/Debtor Roger A. Guminski, it is hereby ORDERED that financing of Debtor with Respondent M & T Bank as provided in Exhibit "A" attached to Debtor's Motion to Approve Financing filed on September 21, 2019 is approved.

_____ sjk
JEFFERY A. DELLER,
U.S. Bankruptcy Judge

FILED
10/9/19 3:36 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Roger A Guminski  
    Debtor

Case No. 18-22339-JAD  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: hsmi     Page 1 of 1     Date Rcvd: Oct 09, 2019  
                         Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 11, 2019.  
db         +Roger A Guminski,    118 Martin Road,    Enon Valley, PA 16120-1110

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                    TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 11, 2019                                       Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 9, 2019 at the address(es) listed below:

        Danielle Boyle-Ebersole    on behalf of Defendant    Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, as indenture trustee, for the CSMC 2017-1 Trust, Mortgage Backed Notes, Series 2017-1 debersole@hoflawgroup.com,    pfranz@hoflawgroup.com  
        Glenn R. Bartifay    on behalf of Debtor Roger A Guminski gbartifay@bartifaylaw.com, sfallat@bartifaylaw.com;gbartifay@yahoo.com;lkarageorgiou@bartifaylaw.com  
        Glenn R. Bartifay    on behalf of Plaintiff Roger A Guminski gbartifay@bartifaylaw.com, sfallat@bartifaylaw.com;gbartifay@yahoo.com;lkarageorgiou@bartifaylaw.com  
        James Warmbrodt    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com  
        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
        Rebecca Solarz    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com  
        Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
                                                                                                     TOTAL: 7