# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

FILED
11/12/19 12:54 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

*Conciliation Conference:*

| | |
|---|---|
| **Debtor:** | ROGER A GUMINSKI |
| **Case Number:** | 18-22339-JAD   **Chapter:** 13 |
| **Date / Time / Room:** | THURSDAY, NOVEMBER 07, 2019 10:30 AM   3251 US STEEL |
| **Hearing Officer:** | CHAPTER 13 TRUSTEE |

*Matter:*

   #19 - Continued Confirmation of Plan Dated 7/16/2018 (NFC)
   R / M #:   19 / 0

*Appearances:*

   Debtor: Russell
   Trustee: Winnecour / Pail / Katz / (DeSimone)

   Creditor:

*Proceedings:*

   Outcome:

   1. _____ Case Converted to Chapter 7
   2. _____ Case Converted to Chapter 11
   3. _____ Case Dismissed without Prejudice
   4. _____ Case Dismissed with Prejudice
   5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
   6. ___✓___ The plan payment/term is increased/extended to _____, effective _____.
   7. ___✓___ Plan/Motion continued to  1-9-20  at  11:00 .

   8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
         Objections are due on or before _____ .
         A hearing on the Amended Plan is set for _____ at _____.

   9. _____ Contested Hearing: _____ at _____.
   10. _____ Other:

10/30/2019  11:21:26 AM