**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

05/13/2021

IN RE:

ROGER A GUMINSKI
118 MARTIN ROAD
ENON VALLEY, PA 16120
XXX-XX-0790          Debtor(s)

Case No. 18-22339 JAD

Chapter 13

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known. In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

<u>/s/ RONDA J. WINNECOUR</u>
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

5/13/2021

<u>/s/Trustee'sAdministrativAssistant</u>
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account |
|---|---|---|
| **KML LAW GROUP PC*** <br> 701 MARKET ST STE 5000 <br><br> PHILADELPHIA, PA 19106 | Trustee Claim Number: 1  INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 0.00 <br> COMMENT: M AND T BANK/PRAE | CRED DESC: NOTICE ONLY <br> ACCOUNT NO.: |
| **M & T BANK** <br> ATTN PAYMENT PROCESSING <br> POB 1288 <br> BUFFALO, NY 14240-1288 | Trustee Claim Number: 2  INT %: 0.00% <br> Court Claim Number: 8 <br> CLAIM: 240.54 <br> COMMENT: LOAN MOD @ 21 | CRED DESC: MORTGAGE REGULAR PAYMEN <br> ACCOUNT NO.: 9126 |
| **ONE MAIN CONSUMER LOAN INC - A/S/F SPRIN** <br> C/O ONE MAIN(*) <br> PO BOX 3251 <br> EVANSVILLE, IN 47731-3251 | Trustee Claim Number: 3  INT %: 0.00% <br> Court Claim Number: 5 <br> CLAIM: 13,479.09 <br> COMMENT: 3RD MTG~AVD/OE*CL = UNS | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 9624 |
| **WILMINGTON SAVINGS FUND SOCIETY FSB D/B** <br> C/O SELECT PORTFOLIO SVCNG INC* <br> PO BOX 65450 <br> SALT LAKE CITY, UT 84165 | Trustee Claim Number: 4  INT %: 0.00% <br> Court Claim Number: 11 <br> CLAIM: 11,588.75 <br> COMMENT: 2ND ~ AVD/STIP OE | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 8091 |
| **PA DEPARTMENT OF REVENUE*** <br> BUR OF COMPL SECT-DEPT 280946 <br> STRAWBERRY SQ <br> HARRISBURG, PA 17128 | Trustee Claim Number: 5  INT %: 0.00% <br> Court Claim Number: 1 <br> CLAIM: 573.38 <br> COMMENT: 17/SCH-CL-PL*$@0%/CL-PL | CRED DESC: PRIORITY CREDITOR <br> ACCOUNT NO.: 0790 |
| **CAPITAL ONE BANK (USA) NA BY AMERICAN IN** <br> PO BOX 71083 <br><br> CHARLOTTE, NC 28272-1083 | Trustee Claim Number: 6  INT %: 0.00% <br> Court Claim Number: 2 <br> CLAIM: 1,208.08 <br> COMMENT: | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 1953 |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC** <br> PO BOX 12914 <br><br> NORFOLK, VA 23541 | Trustee Claim Number: 7  INT %: 0.00% <br> Court Claim Number: 6 <br> CLAIM: 2,187.06 <br> COMMENT: CAP ONE | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 7256 |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC** <br> PO BOX 12914 <br><br> NORFOLK, VA 23541 | Trustee Claim Number: 8  INT %: 0.00% <br> Court Claim Number: 7 <br> CLAIM: 2,003.23 <br> COMMENT: CAP ONE | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 1499 |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC** <br> PO BOX 12914 <br><br> NORFOLK, VA 23541 | Trustee Claim Number: 9  INT %: 0.00% <br> Court Claim Number: 4 <br> CLAIM: 2,413.87 <br> COMMENT: CAP ONE | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 2075 |
| **FIRST FEDERAL CREDIT CONTROL** <br> 24700 CHAGRIN BLVD STE 205 <br><br> CLEVELAND, OH 44122-5662 | Trustee Claim Number: 10  INT %: 0.00% <br> Court Claim Number: 3 <br> CLAIM: 933.37 <br> COMMENT: X7143~HSPTL AT SOUTHWOODS/SCH-CL | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 5924 |

| Creditor | Address | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account No. |
|---|---|---|---|
| **FIRST FEDERAL CREDIT CONTROL** | 24700 CHAGRIN BLVD STE 205<br>CLEVELAND, OH  44122-5662 | Trustee Claim Number: 11  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: YURICH MD/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7526 |
| **FIRST FEDERAL CREDIT CONTROL** | 24700 CHAGRIN BLVD STE 205<br>CLEVELAND, OH  44122-5662 | Trustee Claim Number: 12  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: SOUTHWOODS ANESTHESIA/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6890 |
| **PNC BANK NA** | POB 94982<br>CLEVELAND, OH  44101 | Trustee Claim Number: 13  INT %: 0.00%<br>Court Claim Number: 9<br>CLAIM: 975.42<br>COMMENT: NAT CITY | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6189 |
| **PNC BANK NA** | POB 94982<br>CLEVELAND, OH  44101 | Trustee Claim Number: 14  INT %: 0.00%<br>Court Claim Number: 10<br>CLAIM: 4,598.94<br>COMMENT: NAT CITY | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5039 |
| **TIAA BANK** | 301 WEST BAY ST<br>JACKSONVILLE, FL  32202 | Trustee Claim Number: 15  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO$~NTC ONLY/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2763 |
| **PRA/PORTFOLIO RECOVERY ASSOC** | POB 12914<br>NORFOLK, VA  23541 | Trustee Claim Number: 16  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **PA DEPARTMENT OF REVENUE*** | BUR OF COMPL SECT-DEPT 280946<br>STRAWBERRY SQ<br>HARRISBURG, PA  17128 | Trustee Claim Number: 17  INT %: 0.00%<br>Court Claim Number: 1<br>CLAIM: 39.11<br>COMMENT: NO GEN UNS/SCH*2017 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0790 |
| **M & T BANK** | ATTN PAYMENT PROCESSING<br>POB 1288<br>BUFFALO, NY  14240-1288 | Trustee Claim Number: 18  INT %: 0.00%<br>Court Claim Number: 8<br>CLAIM: 0.00<br>COMMENT: LOAN MOD @ 21 | CRED DESC: MORTGAGE ARR.<br>ACCOUNT NO.: 9126 |
| **M & T BANK** | ATTN PAYMENT PROCESSING<br>POB 1288<br>BUFFALO, NY  14240-1288 | Trustee Claim Number: 19  INT %: 0.00%<br>Court Claim Number: 8<br>CLAIM: 0.00<br>COMMENT: INCL IN LOAN MOD*650/NTC*NT/PL*NTC POSTPET FEE/EXP*REF CL*W/8 | CRED DESC: Post Petition Claim (1305)<br>ACCOUNT NO.: 9126 |
| **M & T BANK** | ATTN PAYMENT PROCESSING<br>POB 1288<br>BUFFALO, NY  14240-1288 | Trustee Claim Number: 20  INT %: 0.00%<br>Court Claim Number: 8<br>CLAIM: 7,078.09<br>COMMENT: LOAN MOD @ 21 | CRED DESC: MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.: 9126 |

**CLAIM RECORDS**

| | | |
|---|---|---|
| **M & T BANK** | Trustee Claim Number:21  INT %:  0.00% | CRED DESC:  MORTGAGE REGULAR PAYMEN |
| ATTN PAYMENT PROCESSING | Court Claim Number:8-2 | ACCOUNT NO.:  9126 |
| POB 1288 | CLAIM:  0.00 | |
| BUFFALO, NY  14240-1288 | COMMENT:  CL8-2GOV*PMT/DECL*BGN 10/19*624.65 X(20 REM+2)=LMT*AMD*LN MOD | |
| **MCCALLA RAYMER  ET AL** | Trustee Claim Number:22  INT %:  0.00% | CRED DESC:  NOTICE ONLY |
| NATL BANKRUPTCY DEPT** | Court Claim Number: | ACCOUNT NO.: |
| 1544 OLD ALABAMA RD** | CLAIM:  0.00 | |
| ROSWELL, GA  30076-2102 | COMMENT:  M & T /PMT CHNG | |

Case 18-22339-JAD    Doc 72    Filed 05/13/21    Entered 05/13/21 15:07:09    Desc
Page 5 of 5