**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Roger A Guminski** | Social Security number or ITIN  xxx–xx–0790 |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN  _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   **WESTERN DISTRICT OF PENNSYLVANIA**

Case number:   **18–22339–JAD**

# Order of Discharge                                                                                              12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Roger A Guminski

8/12/21                                                                     **By the court:**   Jeffery A. Deller
                                                                                                 United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

In re:     Case No. 18-22339-JAD

Roger A Guminski     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0315-2 | User: aala | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Aug 12, 2021 | Form ID: 3180W | Total Noticed: 20 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 14, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Roger A Guminski, 118 Martin Road, Enon Valley, PA 16120-1110 |
| 14862110 | + | Kevin G. McDonald, Esq., KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14862115 | + | Select Portfolio Svcin, Po Box 65250, Salt Lake City, UT 84165-0250 |
| 14862116 | + | Tiaa Bank, 301 West Bay Street, Jacksonville, FL 32202-5147 |
| 14900412 | + | Wilmington Savings Fund Society, et al, c/o Select Portfolio Servicing, Inc., P.O. Box 65450, Salt Lake City, UT 84165-0450 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Aug 13 2021 03:13:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 12 2021 23:13:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| 14862108 | | EDI: CAPITALONE.COM | Aug 13 2021 03:13:00 | Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 14873144 | | EDI: CAPITALONE.COM | Aug 13 2021 03:13:00 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14862109 | | Email/Text: jill@ffcc.com | Aug 12 2021 23:13:00 | First Federal Credit C, 24700 Chagrin Blvd Ste 2, Cleveland, OH 44122 |
| 14884918 | | Email/Text: jill@ffcc.com | Aug 12 2021 23:13:00 | First Federal Credit Control, Inc., 24700 Chagrin Blvd. #205, Beachwood, OH 44122 |
| 14862111 | | Email/Text: camanagement@mtb.com | Aug 12 2021 23:13:00 | M & T Bank, 1 Fountain Plz, Buffalo, NY 14203 |
| 14895411 | | Email/Text: camanagement@mtb.com | Aug 12 2021 23:13:00 | M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 14894097 | | EDI: AGFINANCE.COM | Aug 13 2021 03:13:00 | ONEMAIN, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 14862112 | + | EDI: AGFINANCE.COM | Aug 13 2021 03:13:00 | Onemain, Po Box 1010, Evansville, IN 47706-1010 |
| 14898326 | | Email/Text: Bankruptcy.Notices@pnc.com | Aug 12 2021 23:13:00 | PNC Bank, N.A., PO Box 94982, Cleveland, OH 44101 |
| 14862113 | | Email/Text: Bankruptcy.Notices@pnc.com | Aug 12 2021 23:13:00 | Pnc Bank, 2730 Liberty Ave, Pittsburgh, PA 15222 |
| 14862114 | | Email/Text: Bankruptcy.Notices@pnc.com | Aug 12 2021 23:13:00 | Pnc Bank, N.a., 1 Financial Pkwy, Kalamazoo, MI 49009 |
| 14888045 | | EDI: PRA.COM | Aug 13 2021 03:13:00 | Portfolio Recovery Associates, LLC, POB 12914, |

Case 18-22339-JAD    Doc 84    Filed 08/14/21    Entered 08/15/21 00:28:06    Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0315-2 | User: aala | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Aug 12, 2021 | Form ID: 3180W | Total Noticed: 20 |

| | | | | |
|---|---|---|---|---|
| 14881863 | + | EDI: PRA.COM | | Norfolk VA 23541 |
| | | | Aug 13 2021 03:13:00 | PRA Receivables Management, LLC, P.O. Box 12914, Norfolk, VA 23541-0914 |
| 14868436 | | EDI: PENNDEPTREV | Aug 13 2021 03:13:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 14868436 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 12 2021 23:13:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |

TOTAL: 17

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | M&T BANK |
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14881862 | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |

TOTAL: 1 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 14, 2021        Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 12, 2021 at the address(es) listed below:

**Name**      **Email Address**

Brian Nicholas
    on behalf of Creditor M&T BANK bnicholas@kmllawgroup.com

Danielle Boyle-Ebersole
    on behalf of Defendant Wilmington Savings Fund Society FSB, d/b/a Christiana Trust, as indenture trustee, for the CSMC 2017-1 Trust, Mortgage Backed Notes, Series 2017-1 dboyle-ebersole@orlans.com

Glenn R. Bartifay
    on behalf of Debtor Roger A Guminski gbartifay@bartifaylaw.com sfallat@bartifaylaw.com;gbartifay@yahoo.com

Glenn R. Bartifay
    on behalf of Plaintiff Roger A Guminski gbartifay@bartifaylaw.com sfallat@bartifaylaw.com;gbartifay@yahoo.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Rebecca Solarz
    on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

District/off: 0315-2 User: aala Page 3 of 3
Date Rcvd: Aug 12, 2021 Form ID: 3180W Total Noticed: 20
TOTAL: 7