**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

**DEFAULT O/E JAD**

IN RE:
    ROGER A GUMINSKI

        Debtor(s)

    Ronda J. Winnecour
        Movant
       vs.
    No Repondents.

Case No.:18-22339 JAD

Chapter 13

Document No.: 73

FILED
8/12/21 12:36 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**ORDER OF COURT**

    AND NOW, this __12th__ day of __August__, 20__21__, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

    (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

    (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

    (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

    (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

    (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

    (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____ jsf
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Roger A Guminski  
    Debtor

Case No. 18-22339-JAD  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: aala     Page 1 of 2  
Date Rcvd: Aug 12, 2021     Form ID: pdf900     Total Noticed: 19

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 14, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Roger A Guminski, 118 Martin Road, Enon Valley, PA 16120-1110 |
| 14862110 | + | Kevin G. McDonald, Esq., KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14862115 | + | Select Portfolio Svcin, Po Box 65250, Salt Lake City, UT 84165-0250 |
| 14862116 | + | Tiaa Bank, 301 West Bay Street, Jacksonville, FL 32202-5147 |
| 14900412 | + | Wilmington Savings Fund Society, et al, c/o Select Portfolio Servicing, Inc., P.O. Box 65450, Salt Lake City, UT 84165-0450 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14862108 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Aug 12 2021 23:20:34 | Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 14873144 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Aug 12 2021 23:20:49 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14862109 | | Email/Text: jill@ffcc.com | Aug 12 2021 23:13:00 | First Federal Credit C, 24700 Chagrin Blvd Ste 2, Cleveland, OH 44122 |
| 14884918 | | Email/Text: jill@ffcc.com | Aug 12 2021 23:13:00 | First Federal Credit Control, Inc., 24700 Chagrin Blvd. #205, Beachwood, OH 44122 |
| 14862111 | | Email/Text: camanagement@mtb.com | Aug 12 2021 23:13:00 | M & T Bank, 1 Fountain Plz, Buffalo, NY 14203 |
| 14895411 | | Email/Text: camanagement@mtb.com | Aug 12 2021 23:13:00 | M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 14894097 | | Email/PDF: cbp@onemainfinancial.com | Aug 12 2021 23:20:49 | ONEMAIN, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 14862112 | + | Email/PDF: cbp@onemainfinancial.com | Aug 12 2021 23:20:37 | Onemain, Po Box 1010, Evansville, IN 47706-1010 |
| 14898326 | | Email/Text: Bankruptcy.Notices@pnc.com | Aug 12 2021 23:13:00 | PNC Bank, N.A., PO Box 94982, Cleveland, OH 44101 |
| 14862113 | | Email/Text: Bankruptcy.Notices@pnc.com | Aug 12 2021 23:13:00 | Pnc Bank, 2730 Liberty Ave, Pittsburgh, PA 15222 |
| 14862114 | | Email/Text: Bankruptcy.Notices@pnc.com | Aug 12 2021 23:13:00 | Pnc Bank, N.a., 1 Financial Pkwy, Kalamazoo, MI 49009 |
| 14888045 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 12 2021 23:20:38 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14881863 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 12 2021 23:20:26 | PRA Receivables Management, LLC, P.O. Box 12914, Norfolk, VA 23541-0914 |
| 14868436 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 12 2021 23:13:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |

TOTAL: 14

Case 18-22339-JAD    Doc 85    Filed 08/14/21    Entered 08/15/21 00:28:06    Desc Imaged
Certificate of Notice    Page 3 of 3

| District/off: 0315-2 | User: aala | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Aug 12, 2021 | Form ID: pdf900 | Total Noticed: 19 |

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | M&T BANK |
| 14881862 | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 14, 2021                        Signature:    /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 12, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor M&T BANK bnicholas@kmllawgroup.com |
| Danielle Boyle-Ebersole | on behalf of Defendant Wilmington Savings Fund Society FSB, d/b/a Christiana Trust, as indenture trustee, for the CSMC 2017-1 Trust, Mortgage Backed Notes, Series 2017-1 dboyle-ebersole@orlans.com |
| Glenn R. Bartifay | on behalf of Debtor Roger A Guminski gbartifay@bartifaylaw.com sfallat@bartifaylaw.com;gbartifay@yahoo.com |
| Glenn R. Bartifay | on behalf of Plaintiff Roger A Guminski gbartifay@bartifaylaw.com sfallat@bartifaylaw.com;gbartifay@yahoo.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Rebecca Solarz | on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 7